UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Monica Schulmann

v. Case No. 26-cv-554-LM-TSM

Conrad et al.

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 9, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The complaint is dismissed with prejudice. The Clerk is directed to enter judgment and close the case.

______________________________
Landya B. McCafferty
United States District Judge

Date: August 27, 2026

cc: Monica Schulmann, pro se